# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

---------------------------------------------------------------X
:
In re: VANDA PHARMACEUTICALS, INC.  : C.A. No. 1:13-CV-00955 (RC)
SECURITIES LITIGATION  :
:  ECF CASE
:
:  CLASS ACTION
:
---------------------------------------------------------------X
This Document Relates To:  All Actions  :
---------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, defendants having not answered the Complaint or filed a motion for summary judgment, Lead Plaintiff Darryl McCall hereby gives notice of the voluntary dismissal with prejudice as to Mr. McCall of the claims asserted in the above-captioned action.

Dated:   February 3, 2014            Respectfully submitted,

                                     By: /s/ Richard W. Gonnello

                                     **FARUQI & FARUQI, LLP**
                                     Richard W. Gonnello (*admitted pro hac vice*)
                                     Francis P. McConville (*admitted pro hac vice*)
                                     Megan M. Sullivan (*admitted pro hac vice*)
                                     369 Lexington Avenue, 10th Floor
                                     New York, New York 10017
                                     Tel: 212-983-9330
                                     Fax: 212-983-9331
                                     Email:  rgonnello@faruqilaw.com
                                             fmcconville@faruqilaw.com
                                             msullivan@faruqilaw.com

                                     *Attorneys for Lead Plaintiff Darryl McCall*

        **FINKELSTEIN THOMPSON LLP**
        Michael G. McLellan (D.C. Bar No. 489217)
        1077 30th Street NW, Suite 150
        Washington, D.C. 20007
        Tel: (202) 337-8000
        Fax: (202) 337-8090
        Email: rwilson@finkelsteinthompson.com
               mmclellan@finkelsteinthompson.com

*Attorneys for Lead Plaintiff Darryl McCall*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 3, 2014, that a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and sent electronically to the registered participants as identified on the Electronic Mail Notice List.

                                                */s/ Richard W. Gonnello*
                                                 Richard W. Gonnello